IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Mark Fitzhenry, individually and on behalf of a class of persons and entities similarly situated, <br><br> Plaintiff, <br><br> -vs- <br><br><br> MediaSpike, Inc. and Edufficient.com, LLC, <br><br><br> Defendants. | Civil Action No. 2:23-cv-03923-RMG |

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO MEDIASPIKE, INC. AND EDUFFICIENT.COM, LLC

Whereas this matter has been settled, the Plaintiff Mark Fitzhenry hereby gives notice of voluntary dismissal of Defendants MediaSpike, Inc. and Edufficient.com, LLC, from this action with prejudice pursuant to Rule 41 (a)(1)(A) of the South Carolina Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff, Mark Fitzhenry against Defendants MediaSpike, Inc. and Edufficient.com, LLC, are dismissed with prejudice pursuant to Rule 41 (a)(1)(A) of the Federal Rules of Civil Procedure.

DAVE MAXFIELD, ATTORNEY, LLC

s/ David A. Maxfield
_____
Dave Maxfield, Esq., FED ID No. 6293
P.O. Box 11865
Columbia, SC 29211
(803) 509-6800
(855) 299-1656 (fax)
dave@consumerlawsc.com
*Attorney for Mark Fitzhenry*

DATED: September 25, 2023